FILED

08/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0229

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0229

_____

PETER GRIGG,

     Plaintiff and Appellant,

v.

BEAVERHEAD COUNTY EMS,

     Respondent and Appellee.

ORDER

_____

The record was filed for purposes of this appeal on June 18, 2021. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than September 20, 2021. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to Appellant Peter Grigg and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 6 2021